IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON PIRELA, a/k/a SALVATORE MORALES,<br><br>               Petitioner,<br><br>   v.<br><br>COMMISSIONER MARTIN HORN, et al.,<br><br>               Respondents. | CIVIL ACTION<br>NO. 90-5013 |

## ORDER

**AND NOW**, this 2nd day of April 2014, upon consideration of the Third Amended Petition for a Writ of Habeas Corpus (Doc. No. 116), Appendix to the Petition (Doc. No. 117), Response to the Petition with accompanying exhibits (Doc. No. 132), Reply Memorandum in Support of the Petition (Doc. No. 141), the Magistrate Judge's Report and Recommendation (Doc. No. 145), Petitioner's Objections to the Report and Recommendation (Doc. No. 151), the Response in Opposition to the Objections (Doc. No. 156), Petitioner's Reply in Further Support of the Objections (Doc. No. 157), the Court's prior Opinion and Order (Doc. Nos. 158-59), Petitioner's Motion for Reconsideration (Doc. No. 165), the Response in Opposition (Doc. No. 166), the pertinent state court record, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

    1.    The Motion for Reconsideration of Petitioner (Doc. No. 165) is **DENIED**.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.